Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 13−11060−jps**

**In re:**
Isaac David Johnson III
863 E. 154th St.
Cleveland, OH 44110

**Social Security No.:**
xxx−xx−9438

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Richard A Baumgart is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** June 11, 2013  **BY THE COURT**
Form ohnb136a  /s/ Jessica E. Price Smith
United States Bankruptcy Judge